**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| ANDRE LONG, Plaintiff, | FILED: JUNE 27, 2008 |
| v. | 08CV 3676 |
| OFFICER ENRIQUE PEREZ, UNKNOWN OFFICERS, and the CITY OF BURBANK, Defendants. | JUDGE MANNING<br>MAGISTRATE JUDGE VALDEZ<br>EDA |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF ANDRE LONG

| NAME (Type or print) |
|---|
| Abbas Merchant |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Abbas Merchant |

| FIRM |
|---|
| Horwitz, Richardson & Baker LLC |

| STREET ADDRESS |
|---|
| 20 S Clark St., Suite 500 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6281540 | (312) 676-2100 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐