**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

ANDRE LONG, Plaintiff,
v.
OFFICER ENRIQUE PEREZ, UNKNOWN OFFICERS, and the CITY OF BURBANK, Defendants.

Case Number:
FILED: JUNE 27, 2008
08CV 3676
JUDGE MANNING
MAGISTRATE JUDGE VALDEZ
EDA

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF ANDRE LONG

| |
|---|
| NAME (Type or print) <br> Rachelle Sorg |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Rachelle Sorg |
| FIRM <br> HORWITZ, RICHARDSON & BAKER, LLC |
| STREET ADDRESS <br> 20 S. Clark St., Suite 500, Chicago, Illinois 60603 |
| CITY/STATE/ZIP <br> Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6287455 | TELEPHONE NUMBER <br> (312) 676-2100 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐