## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

ANDRE LONG,

v.

OFFICER ENRIQUE PEREZ, et al.

Case Number: 08 C 3676

Jury Demand

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

OFFICER ENRIQUE PEREZ, UNKNOWN OFFICERS, AND THE CITY OF BURBANK

| | |
|---|---|
| NAME (Type or print)<br>Michael Cainkar | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Michael Cainkar | |
| FIRM<br>LOUIS F. CAINKAR, LTD. | |
| STREET ADDRESS<br>30 North LaSalle Street, Suite 3922 | |
| CITY/STATE/ZIP<br>Chicago, IL 60602-3333 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06182679 | TELEPHONE NUMBER<br>312-236-3985 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐